IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

      Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

      Defendants.

---

## ORDER AMENDING SCHEDULING ORDER

---

      Pursuant to the parties' Motion and Stipulation to Amend Scheduling Order (Dkt. # 53), the Scheduling Order dated April 10, 2006 is hereby AMENDED to move the fact discovery deadline to November 22, 2006.  All other dates and provisions of the Scheduling Order remain in place.

      DATED:  September 15, 2006

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                  _____

                                  Phillip S. Figa
                                  United States District Judge