IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

    Defendants.

## ORDER AMENDING SCHEDULING ORDER

Pursuant to the parties' Motion and Stipulation to Amend Scheduling Order (Dkt. # 60), the Scheduling Order, dated April 10, 2006 and as amended by Order dated September 15, 2006, is hereby AMENDED to include the following deadlines:

    Fact Discovery – December 15, 2006
    Disclosure of Experts – December 22, 2006
    Disclosure of Rebuttal Experts – January 22, 2007
    Deposition of Experts – February 28, 2007
    Dispositive Motions – April 16, 2007
    Final Pretrial Conference – **May 8, 2007 at 8:15 a.m.**

All other dates and provisions of the Scheduling Order remain in place.

    DATED:  October 27, 2006    BY THE COURT:

                                             *s/ Phillip S. Figa*

                                             _____
                                             Phillip S. Figa
                                             United States District Judge