## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: December 6, 2006

Civil Action No. 05-cv-01948-PSF-PAC

*Parties:*

*Counsel:*

MARKWEST HYDROCARBON, INC.;  
MARKWEST ENERGY PARTNERS, L.P.; and  
MARKWEST ENERGY APPALACHIA, L.L.C.,

Thomas Leland  
Edward Joyce

 Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;  
BIRMINGHAM FIRE INSURANCE COMPANY  
OF PENNSYLVANIA;  
ARCH INSURANCE COMPANY; and  
ACE AMERICAN INSURANCE COMPANY,

William Webster

 Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**1:57 p.m.**   **Court in session.**

**ORDER:**   Markwest's Motion to Compel Rimkus Documents for *in Camera* Review **(52)** is **taken under advisement.**

**ORDER:**   Markwest's Motion to Amend Complaint and Brief in Support **(63)** is **granted.**

**ORDER:**   Markwest's Supplemental Motion to Compel and Brief in Support **(64)** is

     **taken under advisement.**

**3:08 p.m.**  **Court in recess/hearing concluded.**

Total in-court time: 1:11.