IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

      Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

      Defendants.

---

## ORDER

---

    This matter comes before the Court on Plaintiffs' Motion to Compel Rimkus

Documents for *In Camera* Review (Dkt. # 52) and their Supplemental Motion to Compel

(Dkt. # 64).  This Court held a hearing on these motions on Wednesday, December 6,

2006, where counsel and the Court also discussed the documents that have been

submitted to the Court for *in camera* review, potentially requiring additional documents

to be reviewed *in camera*, as well as the possibility of assigning these duties to a

Special Master.  The parties also addressed the prospects of similar issues arising

out of defendants' discovery of plaintiffs' documents.

    Based on the representations of counsel that the disputes over document

production and privilege issues appear to require substantial review and oversight by

a court representative, the Court hereby ORDERS that the parties confer and file a joint stipulation as to the appointment of a Special Master for all discovery disputes no later than 5:00 p.m. on Thursday, December 14, 2006.  If the parties fail to agree on a Special Master and the terms of his or her compensation, the Court shall be so notified by then and will decide any such unresolved issues.  It is

FURTHER ORDERED that any previous rulings by this Court on the issues covered by the pending motions listed above or the submitted documents for *in camera* review are vacated.  The Special Master shall determine all such issues within 45 days of the date of this Order.  It is

FURTHER ORDERED that the fees of the Special Master and related costs shall be divided equally between the sides, unless the Special Master determines that a different cost allocation is more appropriate.  The Special Master is further authorized to impose any fee shifting or sanction awards he or she deems appropriate in connection with these proceedings.  It is

FURTHER ORDERED that all rulings by the Special Master shall be reviewable by this Court pursuant to F.R.Civ.P. 53(g).  It is

FURTHER ORDERED that pursuant to F.R.Civ.P. 53(b)(2), the Special Master shall be authorized and instructed to (a) determine all pending discovery disputes as well as any other discovery disputes raised before the Special Master by the parties; (b) communicate on an *ex parte* basis with the Court or a party only after notifying all parties in advance and not receiving any objection thereto, or if such an objection is made requesting in writing leave of the Court to do so; (c) collect and file any discovery

documents he or she deems necessary to review his or her disposition of the issues;

(d) file with the Court within 45 days of the date of this Order his or her determination of

the issues described in subpart (a), *supra*, including the compensation arrangements

agreed upon and the status of payments thereunder.

DATED:  December 8, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge