IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-01948-PSF-PAC

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

      Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

      Defendants.

## AMENDED ORDER AMENDING SCHEDULING ORDER

Pursuant to MarkWest's Unopposed Motion to Amend Schedule (Dkt. # 91), the Scheduling Order (Dkt. # 25) dated April 10, 2006, and as amended by Orders dated September 15, 2006 (Dkt. # 54) and October 27, 2006 (Dkt. # 61), is hereby FURTHER AMENDED to include the following deadlines:

| | |
|---|---|
| Expert discovery cutoff: | April 20, 2007 |
| Dispositive motions deadline: | June 4, 2007 |
| Final pretrial conference: | June 28, 2007 at 8:30 a.m. |

All other dates and provisions of the Scheduling Order remain in place.

DATED:  February 6, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge