IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

    Defendants.

---

**ORDER REGARDING SERVICE OF FILINGS ON SPECIAL MASTER**

---

    The Court hereby DIRECTS counsel to add Special Master Honorable Kenneth E. Barnhill to the Certificate of Service on <u>all future filings</u> in this case.  Judge Barnhill's address is as follows:

        Hon. Kenneth E. Barnhill, Special Master
        17200 W. Bell Road, Lot 132
        Surprise, AZ 85374

Filing parties will thus be responsible for mailing copies of their individual filings to the Special Master in this matter.

    DATED:  February 15, 2007

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*
                                  _____
                                  Phillip S. Figa
                                  United States District Judge