KENNETH E. BARNHILL
10365 Red Mountain East
Littleton, CO 80127

May 10, 2007

Clerk, U. S. District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO 80294-3589

Re:   Markwest Hydrocarbon, Inc., et al. v
      Liberty Mutual Insurance Company, et al.
      Civil Action No. 05-CV-01948 PSF/PAC

Dear Sir:

I enclose a Special Master's Order related to an in camera examination of allegedly privileged documents.  Please file the same in the above-entitled case file.  Copies have been mailed to counsel.

Thank you for your assistance.

Very truly yours,

Kenneth E. Barnhill

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No.:   05-CV-01947 PSF/FAC

MARKWEST HYDROCARBON, INC.,
MARKWEST ENERGY PARTNERS, L.P.,
MARKWEST ENERGY APPALACHIS, L.L.C

     Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY,
BIRMINGHAM FIRE INSURANCE
COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

     Defendants.

## ORDER

By Order dated April 12, 2007, the United States District Court (Judge Lewis T. Babcock for Judge Phillip S. Figa) affirmed in part this Special Master's Order filed on January 30, 2007, and Ordered that the 47 documents identified in Defendants' privilege log be produced for _in camera_ review.  By letter dated April 20, 2007, counsel for Defendants submitted such documents.  The Special Master received said letter and documents on May 7, 2007.

In accordance with the terms of the Court's Order dated April 12, 2007, the aforesaid documents have been examined and the following determination made as to those documents which must be produced and those documents which are privileged.

Documents required to be produced, identified by In Camera Review Bates Number:

| | |
|---|---|
| In Camera Review | Bates Number 10 |
| In Camera Review | Bates Number 60 |
| In Camera Review | Bates Number 61-67 |
| In Camera Review | Bates Number 68, 69 |
| In Camera Review | Bates Number 70, 71 |
| In Camera Review | Bates Number 72, 73 |
| In Camera Review | Bates Number 74, 75 |
| In Camera Review | Bates Number 76, 77 |
| In Camera Review | Bates Number 78, 79 (duplicates) |
| In Camera Review | Bates Number 86, 87 |
| In Camera Review | Bates Number 101-103 |
| In Camera Review | Bates Number 141-146 |

In Camera Review          Bates Number 147
In Camera Review          Bates Number 276

Such documents must be provided to Plaintiffs within 10 days of the date of this Order.

All other documents submitted by Defendants for In Camera examination have been determined to be privileged and need not be produced.

Kenneth E. Barnhill
Special Master

DATED:  May 10, 2007

CERTIFICATE OF MAILING

I certify that on this 10th day of May, 2007, I deposited in the United States Mail a true and correct copy of the above and foregoing Order, addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wykoop St., Suite 400
Denver, CO 80202

William A. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO 80294-3589

Kenneth E. Barnhill