IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No.: 05-CV-01947-PSF/FAC

MARKWEST HYDROCARBON, INC.,
MARKWEST ENERGY PARTNERS, L.P.,
MARKWEST ENERGY APPALACHIS, L.L.C.

Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE
COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY.

Defendants.

## ORDER

This Special Master entered an Order dated May 10, 2007, requiring the production of certain documents. By letter dated May 18, 2007 (received May 30, 2007), counsel for Defendants advised the undersigned of a typographical error in the Order of May 10, 2007. Indeed, the reference to Bates No. 276 was a typo. It should have read Bates No. 236. The page bearing Bates No. 236 must be produced to Plaintiffs.

I apologize for the error and oversight.

_____
Kenneth E. Barnhill
Special Master

DATED: June 2, 2007

## CERTIFICATE OF MAILING

I certify that on the 2nd day of June, 2007, I deposited in the United States Mail a true and correct copy of the above and foregoing Order, addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wynkoop St., Suite 400
Denver, CO 80202

William A. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO 80294-3589

Kenneth E. Barnhill