IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
   DENVER, COLORADO

   AUG 21 2007

GREGORY C. LANGHAM
                CLERK
```

Case No. 01:05-cv-01948-PSF-KLM

MARKWEST HYDROCARBON, INC., et al.

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, et al.

    Defendants.

---

### ORDER

    Plaintiffs filed a Motion for Protective Order dated August 15, 2007. The Special Master received said Motion on August 17, 2007. The Motion contains a request for protective order regarding a deposition scheduled, without conference with counsel for August 28, 2007. Obviously Defendants have not had an opportunity to respond to Plaintiff's Motion. Nevertheless, because the Motion addresses the proposed deposition, deposition subpoena and the scope of such deposition, the Plaintiff is entitled to a protective order regarding the deposition presently apparently set for August 28, 2007.

    Accordingly, it is Ordered that no deposition will take place on August 28, 2007, and the same will take place, if at all, only after the Special Master rules upon Plaintiff's Motion and then, if allowed, only upon an agreement between counsel as to the scheduling thereof.

    DATED this 18th day of August, 2007.

                                   Kenneth E. Barnhill
                                   Special Master

CERTIFICATE OF MAILING

I hereby certify that on the 18th day of August, 2007, I deposited in the United States Mail a true and correct copy of the above Order, addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wynkoop St., Suite 400
Denver, CO 80202

William W. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO   80294-3589

Kenneth E. Barnhill