IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

       Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

       The Motion to Bifurcate Trial (Dkt. # 151) filed by defendants on August 28, 2007 is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A, which states:  "The court will not consider any motion . . . unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.  The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule."  Defendants included no statement either in the motion or in a certificate attached to the motion indicating whether counsel for the parties have conferred regarding the relief sought.

       DATED:  August 28, 2007