IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 AUG 30  PM 2: 01

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Case No. 01:05-CV-01948-PSF-KLM

MARKWEST HYDROCARBON, INC., et al.,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

This matter comes before the Special Master upon Markwest's Motion For Protective Order. The Special Master has received and reviewed Markwest's Motion and Defendants' Response, together with an affidavit of William A. Webster with attached exhibits. Being fully advised, Markwest's Motion is granted and denied as follows:

1. Defendants are precluded from disclosing any information obtained as a result of depositions or information or document disclosures to any person or entity not a party to this litigation.

2. No information or documents relating to Markwest's and Equitable's lease and operational negotiations need be produced.

3. Documents and materials regarding the pipeline accident or occurrence that is the subject matter of this lawsuit in the possession of Equitable must be produced. All factual statements must be produced. Legal advice or work product generated in connection with homeowner's lawsuits need not be produced or may be redacted from otherwise factual information.

4. Any documents in which separation or redaction of legal advice or work product is not possible may be submitted to the Special Master, together with an explanation of the claimed privilege, for a determination of the applicability of the asserted privilege.

5. Information or documents requested may not be withheld solely because the information contained therein falls outside the period of November 8, 2004, through October 5, 2005.

6. Although the defendants' requests may reflect inattention to earlier revelations, the discovery period has not been closed. Nevertheless, it may now be difficult to complete all discovery prior to September 10, 2007, the date set by Judge Figa for a final pretrial conference by Minute Order dated August 20, 2007.

7. If any document falls outside the parameters set forth herein, Markwest may seek a particular protective order provided the document is identified, good cause is shown for withholding the document and opposing counsel is given an opportunity to object.

8. Any deposition delayed by reason of this special Master's Order dated August 18, 2007, may now be conducted. In that regard, it appears from the letter dated August 7, 2007 from W. Thomas McGough, Jr. to William A. Webster, that the parties have made reasonable efforts to accommodate one another regarding discovery issues. Such cooperation is appreciated.

DATED this 29th day of August, 2007.

Kenneth E. Barnhill
Special Master

## CERTIFICATE OF MAILING

I certify that on this ___ day of August, 2007, a true and correct copy of the above and foregoing ORDER was placed in the United States Mail, postage prepaid addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wynkoop St., Suite 400
Denver, CO 80202

William W. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55401

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO 80294-3589

Kenneth E. Barnhill