**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.:** 05-cv-01948-PSF-KLM | FTR - Reporter Deck - Courtroom A-501 |
| **Date:** September 10, 2007 | Courtroom Deputy, Ellen E. Miller |

―――――――――――――――――――――――――――――――――――――――――――

| | |
|---|---|
| MARKWEST HYDROCARBON, INC., | Thomas D. Leland |
| MARKWEST ENERGY PARTNERS, L.P., and | Leah E. Capritta |
| MARKWEST ENERGY APPALACHIA, LLC, | Edward M. Joyce |

    **Plaintiff(s),**

v.

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | William A. Webster |
| BIRMINGHAM FIRE INSURANCE COMPANY | David S. Evinger |
|   OF PENNSYLVANIA, | |
| ACE AMERICAN INSURANCE COMPANY, and | |
| ARCH INSURANCE COMPANY, | |

    **Defendant(s).**

―――――――――――――――――――――――――――――――――――――――――――
**COURTROOM   MINUTES  /  MINUTE  ORDER**
―――――――――――――――――――――――――――――――――――――――――――

**HEARING:   FINAL   PRETRIAL   CONFERENCE**
**Court in Session:**     8:35 a.m.
Court calls case.    Appearance of counsel.

Discussion is held regarding the Plaintiffs' Motion to Amend Pretrial Order. In anticipation of the motion being referred by District Judge Figa, and with no objections from defendants,

**It is ORDERED:**     Plaintiffs' MOTION TO AMEND PRETRIAL ORDER [Docket No. **157,** Filed September 07, 2007] is **GRANTED** for the reasons set forth on the record.

**It is ORDERED:**     The proposed FINAL PRETRIAL ORDER [Docket No. 155] which was submitted to the court is approved as modified from the bench, and with substitutions made, and is entered as an Order of the Court.

Hearing Concluded.
**Court in recess:** 8:54 a.m.       Total In-Court Time:     00:19