3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-01948-PSF-PAC

MARKWEST HYDROCARBON, INC., et al.

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, et al

    Defendants.

---

ORDER

---

    The Special Master received a copy of a letter from Thomas D. Leland, Esq. to William A. Webster, Esq., dated September 4, 2007. The Special Master also received an e-mail from William A. Webster dated September 4, 2007.

    All parties should recognize that any sort of ex parte communication is inappropriate. At the same time, parties should understand that the Special Master is not persuaded by such representations.

    The Special Master has long recognized animosity and apparent unprofessional conduct by and between counsel. Such conduct is not helpful to either party and is not appreciated.

    The Special Master expects all prior orders to be complied with and all productions ordered to be accomplished on time. Failure so to do may result in sanctions.

    I do not believe that either party has sinister or inappropriate motives in advising the Special Master of alleged incomplete production.

    The Special Master's prior orders appear to be clear and understandable. If there is valid reason for noncompliance, either party may request a hearing to clarify any matters or solve any problems of understanding or compliance, including the scheduling of depositions which should be accomplished without assistance from the Court or Special Master.

                                      Kenneth E. Barnhill
                                      Special Master

DATED: Sept. 10, 2007