IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01948-PSF-KLM

MARKWEST HYDROCARBON, INC.,
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, LLC,

    Plaintiff(s),

v.

LIBERTY MUTUAL INSURANCE COMPANY,
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA,
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion to Amend Pretrial Order** [Docket No. 163; filed September 28, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Pretrial Order will be amended as follows:

    1.  The Parties shall submit an amended Joint Exhibit List on or before **October 26, 2007.**

    2.  The Parties shall submit objections under Fed. R. Civ. P. 26(a)(3) on or before **November 2, 2007.**

    Dated:  October 1, 2007