IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC., et al.

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, et al.

    Defendants.

## SPECIAL MASTER'S ORDER

    In response to an earlier Order by the Special Master requiring production of documents for *in camera* review, the Special Master received, on or about October 18, 2007, a letter enclosing the redacted documents. The Special Master has examined each document, highlighted in yellow regarding the portions redacted, and makes the following Orders:

1. With respect to the ACE Documents (Tab 1):

    a. Document ACE-0578 need not be produced.
    b. Document ACE-0579 includes thoughts of the adjuster and contains no legal advice. It must be produced in its entirety.
    c. Document ACE-0580 is not a communication between client and attorney and must be produced without redaction.
    d. Document ACE-0584 must be produced without redaction.
    e. Document ACE-0586 must be produced with only the following redaction: From the words "counsel stated" through the end of counsel's statement.
    f. Document ACE-0587 must be produced. It does not involve legal advice.
    g. Document ACE-0588 must be produced. It involves the adjuster's factual conclusions. It involves a reference to counsel but no legal advice.
    h. Document ACE-0589 need not be produced.
    i. Document ACE-0590: Although it involves a communication from counsel, it does not involve legal advice. It must be produced in unredacted form.
    j. Document ACE-5091 must be produced.
    k. Document ACE-0592 must be produced. No privilege involved.
    l. Document ACE-0593 must be produced. No privilege involved.
    m. Document ACE-0594. Produce all of document except that information following "file; which counsel…"

      n.    Document ACE-0595. Produce in unredacted form except that the sentence beginning "counsel has" through the end of the sentence may be redacted.

2. With respect to the ARC documents (referred to in counsel's explanation as ARCH Documents (Tab 2)):

    a. Document ARC-02129 must be produced in unredacted form.

    b. Document ARC-02130. Produce in its entirety. No legal advice is involved.

    c. Document ARC-02134. Please redact the block marked "Notes Date: 2005-06-27" and the last line in the bottom block reflecting legal fees. The balance of ARC-02134 must be produced.

    d. Document ARC-02135. This document may be produced with the redactions shown in yellow on the documents submitted to the Special Master.

    e. Document ARC-02136. The yellow highlighted line in the first block on the page shall be produced. The material contained in the block entitled "Notes Date: 2005-09-03" and the block entitled "Notes Date: 2005-10-26" need not be produced. The last block on the page entitled "Notes Date: 2005-10-31" need not be produced.

    f. Document ARC-02136. The first block on the page entitled "Notes Date: 2005-11-21" shall be produced. Apparently the third block has already been produced. The redaction of the balance of the page is appropriate and need not be produced.

    g. Document ARC-02138. The last block on the page, entitled "Notes Date: 2006-04-05" is appropriately redacted. The balance of the document is not privileged and must be produced.

    h. Document ARC-02139. The first block on the page, entitled "Notes Date: 2006-04-25" and the last block on the page, entitled "Notes Date: 2006-05-17" must be produced. The balance of the page need not be produced.

    i. Document ARC-02140. The third block on the page, entitled "Notes Date: 2006-07-13" and the line referring to fees of RKM&C may be redacted. The balance of the page must be produced.

    j. Document ARC-02146; ARC-02148; ARC-02153; ARC-02178; ARC-02181 must all be produced. None of these documents are privileged.

    k. Document ARC-02189 need not be produced.

    l. Document ARC-02190; ARC-02196; ARC-02201; ARC-02202 must all be produced.

3. With respect to the LIB documents (Tab 3):

It is the Special Master's understanding that all of the documents labeled "LIB" have been produced with redactions as shown by yellow highlighting on the copies supplied to the Special Master. The yellow highlighted portions of these documents need not be produced.

4. Starr-Tech Documents (Tab 4):

Defendants need not produce any yellow highlighted portions of the documents bearing STA numbers.

5. Tab 5:

The Special Master cannot determine the intent of documents shown under Tab 5. The yellow underlined portion of LIB-002646 is not privileged and must be produced. It is assumed that the other documents attached under Tab 5 have already been produced.

BY THE SPECIAL MASTER

*/s/ Kenneth E. Barnhill*

Kenneth E. Barnhill

Dated: 11/1/07

CERTIFICATE OF MAILING

I hereby certify that on the 1st day of November, 2007, I deposited in the United States Mail a true and correct copy of the above Order, addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wynkoop St., Suite 400
Denver, CO 80202

William W. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO 80294-3589

*/s/ Kenneth E. Barnhill*

Kenneth E. Barnhill