IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV   2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01948-PSF-PAC

MARKWEST HYDROCARBON, INC., et al.

     Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY, et al.

     Defendants.

---

SPECIAL MASTER'S ORDER

---

On October 10, 2007, the undersigned Special Master received Defendants' Motion to Compel, with attached Memorandum, Certificate of Meet-And-Confer, Certificate of Service and Affidavit of William A. Webster, all dated October 3, 2007.  On October 26, 2007, I received Plaintiffs' opposition to Defendants' Motion to Compel, with attachments.

Te Special Master has reviewed the aforesaid Motion and Response, together with all attachments, as well as all prior Orders issued by the undersigned.

Being advised, the Special Master issues the following Findings, Conclusions and Order:

1.    The parties are hereby advised that all conclusions reflected herein are based upon this Special Master's assumption that each statement contained in Motions, Responses and correspondence provided in connection herewith is truthful.

2.    These parties have experienced an inordinate number of disputes regarding discovery, albeit the Special Master's Order of February 25, 2007 appears to be clear and understandable.  Because of such disputes, the Special Master conducted a telephone conference on September 27, 2007, intended to clarify and rectify such disputes.  Indeed, paragraph 8 in said Order provided a specific mechanism designed to alleviate any further disputes regarding asserted privileges.  Defendants chose not to follow the procedure set forth in paragraph 8; rather, Defendants filed a generic Motion to Compel.

3.    Markwest's Additional Privilege Log appears to adequately describe the privilege asserted and to tie Markwest's

CERTIFICATE OF MAILING

I hereby certify that on the ___1st___ day of _November_, 2007, I deposited in the United States Mail a true and correct copy of the above Order, addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wynkoop St., Suite 400
Denver, CO 80202

William W. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO  80294-3589

Kenneth E. Barnhill

reasons for withholding each specific document to the
provisions of the February 25, 2007 Order.  An in camera
review of such documents does not appear justified.

4.      It appears that Defendants have already received documents
        sufficient to assess Plaintiff's damages claims.

5.      Plaintiffs assert that none of the documents contain any
        hybrid of factual/privileged information.  Assuming the
        accuracy of such categorization and based upon the
        Additional Privilege Log, an in camera review does not
        appear justified.

Consequently, Defendants' Motion to Compel is denied.

                        BY THE SPECIAL MASTER

Dated: November 1, 2007