IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 2008

GREGORY C. LANGHAM
CLERK

Civil Action No.: 05-CV-01948-PSF/KLM
MARKWEST HYDROCARBON, INC.,
MARKWEST ENERGY PARTNERS, L.P.,
MARKWEST ENERGY APPALACHIS, L.L.C.

      Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE
COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY.

      Defendants.

## SPECIAL MASTER'S ORDER

The Special Master has received and reviewed Defendants' Motion to Compel Markwest's Claimed Privileged Documents in Equitable's Possession, Plaintiffs' Opposition and Defendants' Response to Markwest's Opposition. Being fully informed, the Special Master finds, concludes and Orders:

1. The documents sought by Defendants have been excluded by prior Orders of the Special Master.

2. The joint defense privilege applies to the documents sought by Defendants. Consequently, such documents need not be produced.

3. It does not appear that Equitable has waived the privilege. It is necessary that all parties to a joint defense privilege waive the same.

4. Defendants' Reply (Response to Markwest's Opposition) suggests that counsel for Markwest are less than truthful in their statement that they do not have the documents and implies that Markwest has inappropriately disposed of documents in order to avoid production. The Special Master

has no evidence of such chicanery, obfuscation or dishonesty, and refuses to assume less than honesty and candor by either counsel.

Accordingly, Defendants' Motion to Compel Markwest's Claimed Privileged Documents in Equitable's Possession is Denied.

_Kenneth E. Barnhill_
Kenneth E. Barnhill
Special Master

Dated:
December 31, 2007

## CERTIFICATE OF MAILING

I hereby certify that on the 31 day of December, 2007, I deposited in the United States Mail a true and correct copy of the above Order, addressed to the following:

Thomas D. Leland, Esq.
Messner & Reeves, LLC
1430 Wynkoop St., Suite 400
Denver, CO 80202

William W. Webster, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Clerk, United States District Court
Alfred A. Arraj U. S. Court House
Room A
901 19th Street
Denver, CO 80294-3589

_Kenneth E. Barnhill_
Kenneth E. Barnhill