IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: January 22, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-01948-RPM-KLM

| | |
|---|---|
| MARKWEST HYDROCARBON, INC., | Thomas D. Leland |
| MARKWEST ENERGY PARTNERS, L.P. and | Edward M. Joyce |
| MARKWEST ENERGY APPALACHIA, L.L.C., | |

     Plaintiffs,

v.

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | William A. Webster |
| BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA, | |
| ARCH INSURANCE COMPANY and | |
| ACE AMERICAN INSURANCE COMPANY, | |

     Defendants.
_____

## COURTROOM MINUTES
_____

**Status Conference**

**2:12 p.m.     Court in session.**

Court's preliminary remarks and its understanding of the case.

Court advise counsel that the April 7, 2008 trial date set is in conflict with its calendar and suggests that the pending motions for summary judgment be set for oral argument.

Court states it will consider the supplemental briefs filed.

2:19 p.m.     Statements by Mr. Leland.

Mr. Leland states plaintiffs agree with staying the trial until resolution of summary judgment motions and requests the Court review docket document [197].

2:24 p.m.     Statements by Mr. Webster.

Mr. Webster requests that the Court review docket document [195].
Mr. Webster states defendants agree to staying the trial until resolution of summary judgment motions.

January 22, 2008
05-cv-01948-RPM

Mr. Webster further states parties have resolved defendants' motion to compel [177] and agrees that defendants' motion in limine should be handled by the Court and not special master.

**Court states it will rule on defendants' objections docket documents [195] and [197] prior to the oral argument hearing on motions for summary judgment.**

**ORDERED:** **Oral argument on pending motions for summary judgment is scheduled for February 19, 2008 at 10:00 a.m.**
**Trial scheduled April 7, 2008 is vacated.**
**Motion to Strike Markwest's Supplemental Brief in Opposition to Defendants' Motion for Summary Judgment, filed October 24, 2007 [177], is denied.**
**Motion to Strike Markwest's Second Supplemental Brief In Opposition to Defendants' Motion for Summary Judgment filed October 31, 2007, filed November 16, 2007 [192], is denied.**
**Defendant Insurers' Motion to Compel Inspection of Evidence [185] is resolved and Motion in Limine to Require Markwest to Make the Evidence Available for Use at Trial [185] will be determined by the Court.**
**All further proceedings are stayed.**

**2:35 p.m.** **Court in recess.**

Hearing Concluded. Total time: 23 min.