IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01948-RPM-KLM

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

        Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

        Defendants.

_____

ORDER ON OBJECTIONS TO SPECIAL MASTER'S ORDER OF NOVEMBER 2, 2007
_____

On November 2, 2007, Special Master's Order, dated November 1, 2007, was filed. That order denied defendants' motion to compel, based on five numbered paragraphs, including paragraph four, stating "It appears that Defendants' have already received documents sufficient to assess Plaintiffs' damages claims."

The defendants filed timely objections to the order, objecting to that paragraph as unsupported by any evidentiary submission and also objecting to the failure of the Special Master to review, *in camera,* the documents claimed to be privileged. The Special Master refused *in camera* review, based on his conclusion that the defendants failed to follow the procedural directions in the order of February 25, 2007, as explained in a telephone conference on September 27, 2007.

The motion to compel is addressed to documents relating to repairs to the pipeline, primarily consisting of correspondence with vendors, including Emergency Management Services.

Because the Court has now vacated the trial date and set the pending summary judgment motions for hearing, the need for determination of the privileges asserted with respect to the disputed documents is not an immediate matter for resolution. The objection to paragraph four of the findings and conclusions is sustained as a conclusion that may not be warranted.

The issues concerning privilege may require *in camera* review of some documents, depending, in part, upon the plaintiffs' damage calculations and, accordingly, it is

ORDERED that paragraph four of the Special Master's order is stricken and it is

FURTHER ORDERED that the Court will reserve ruling on the defendants' request for *in camera* review of selected documents.

DATED: January 25th, 2008

                                        BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge