IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 19, 2008
Courtroom Deputy: Bernique Abiakam
FTR Technician: Kathy Terasaki

---

Civil Action No. 05-cv-01948-RPM-KLM

| | |
|---|---|
| MARKWEST HYDROCARBON, INC., | Thomas D. Leland |
| MARKWEST ENERGY PARTNERS, L.P. and | Edward M. Joyce |
| MARKWEST ENERGY APPALACHIA, L.L.C., | |

    Plaintiffs,

v.

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | William A. Webster |
| BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA, | |
| ARCH INSURANCE COMPANY and | |
| ACE AMERICAN INSURANCE COMPANY, | |

    Defendants.

---

## COURTROOM MINUTES

**Motions Hearing**

**9:59 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Court's preliminary remarks and its understanding of the case.

Argument heard on coverage and exclusions.

10:10 a.m.      Argument by Mr. Webster.

10:37 a.m.      Argument by Mr. Leland.

10:57 a.m.      Rebuttal argument by Mr. Webster.

Argument heard on bad faith claims.

11:04 a.m.      Argument by Mr. Leland.

The Court advises counsel that the bad faith claim will be ruled out.

Argument heard on further coverage issues.

11:07 a.m.     Argument by Mr. Joyce.

11:10 a.m.     Argument by Mr. Webster.

11:12 a.m.     Argument by Mr. Leland.

**ORDERED:**     **Defendants' Notice of Motion And Motion For Summary Judgment (Filed 2/19/07; Doc. No. 102) is taken UNDER ADVISEMENT.**

**ORDERED:**     **Markwest's Motion For Partial Summary Judgment (Filed 4/20/07; Doc. No. 131) is taken UNDER ADVISEMENT.**

**11:15 a.m.**     **Court in recess.**

Hearing Concluded.  Total time: 1 hr 16 min.