IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01948-RPM-KLM

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

    Defendants.
_____

ORDER DEFERRING RULING ON OBJECTIONS TO PROPOSED BILL OF COSTS, MOTION FOR REVIEW OF AWARD OF COSTS AND MOTION FOR ADDITIONAL TAXATION
_____

    The Court entered an Order Granting Defendants' Summary Judgment Motion on April 23, 2008 [222]. Defendants' filed a May 2, 2008 Proposed Bill of Costs [224] and an Amended Proposed Bill of Costs on May 5, 2008 [225]. Plaintiffs' objections to those proposed bill of costs were filed on May 14, 2008 [226] and May 19, 2008 [229]. On May 23, 2008 plaintiff Mark West filed a Motion for Review of Award of Costs [234] and defendants filed a Motion for Additional Taxation of Costs [235]. A Notice of Appeal [230] to the Tenth Circuit Court of Appeals was filed on May 19, 2008. Because the merits of this case are now on appeal, the outcome of which will be relevant to the award of fees it is

    ORDERED that ruling on the objections and motions referred to above are deferred until resolution of the appeal.

DATED: May 30th, 2008

                                                    BY THE COURT:

                                                  s/ Richard P. Matsch

                                                  _____
                                                  Richard P. Matsch, Senior District Judge