IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01948-RPM

MARKWEST HYDROCARBON, INC.;
MARKWEST ENERGY PARTNERS, L.P.; and
MARKWEST ENERGY APPALACHIA, L.L.C.,

        Plaintiffs,
v.

LIBERTY MUTUAL INSURANCE COMPANY;
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA;
ARCH INSURANCE COMPANY; and
ACE AMERICAN INSURANCE COMPANY,

        Defendants.
_____

ORDER AWARDING ADDITIONAL COSTS TO DEFENDANTS
_____

Upon considering the Defendants' Motion for Ruling on Motion for Additional Taxation of Costs, filed April 20, 2009, the defendants' second amended bill of costs submitted to the Clerk of this court, Markwest's objection to defendants' second amended bill of costs, filed May 19, 2008, the Clerk's award of May 19, 2008, Markwest's motion for review of award of costs, filed May 23, 2008, and the defendants' motion for additional taxation of costs, filed May 23, 2008, the Court finds and determines that defendants are entitled to additional costs in the amount of $4,227.05 for depositions used to oppose the plaintiff's motion for partial summary judgment, $12,599.59 for other depositions necessarily obtained for use in the case although not specifically cited in the summary judgment pleadings. The defendants' requests for

costs for copies of documents in the amount of $12,764.42 is denied and the other costs sought in the defendants' motion are also denied.  Accordingly, it is

ORDERED that the defendant insurance companies, Liberty Mutual Insurance Company, Birmingham Fire Insurance Company of Pennsylvania, Arch Insurance Company and Ace American Insurance Company are entitled to an additional award of costs in the total amount of $16,826.64.

DATED: May 8th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge